IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James Eddins, Jr., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv48 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Department of Ohio Veterans of Foreign Wars, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 4, 2012 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 21, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

IT IS SO ORDERED.

                                                                           ___s/Susan J. Dlott_____
                                                                           Chief Judge Susan J. Dlott
                                                                           United States District Court